

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2017

**By ECF**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Irina Shelikhova v. United States
            Criminal Docket No. 10-CR-771 (NG)

Dear Judge Gershon:

      By order dated December 22, 2016, the Court directed the government to respond by February 10, 2017 to petitioner Irina Shelikhova's 28 U.S.C. 2255 motion. On February 7, 2017, the government requested a 21-day enlargement of time to Friday, March 3, 2017 to file a response. The government now respectfully requests an additional short adjournment to Tuesday, March 8, 2017, to finalize and file its response.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney
      Eastern District of New York

By:   /s/ Shannon C. Jones
      Assistant U.S. Attorney
      (718) 254-6379

cc:   Irina Shelikhova
     USM # 81448-053
     FCI Tallahassee
     501 Capital Circle, NE
     Tallahassee, FL 32301