UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IRINA SHELIKHOVA,                                        JUDGMENT
                                                         10-CR- 0771 (NG)
                       Petitioner,

      -against-

UNITED STATES OF AMERICA,

                       Respondent.
---------------------------------------------------------X

   An Opinion and Order of Honorable Nina Gershon, United States District Judge, having been filed September 7, 2017, denying Petitioner's petition for a writ of habeas corpus on the basis of the existing record, without the need for a further evidentiary hearing; ordering that a Certificate of Appealability shall not issue; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Opinion and Order would not be taken in good faith; denying *in forma pauperis* relief for the purpose of any appeal; and directing the Clerk of Court to enter judgment for Respondent; it is

   ORDERED and ADJUDGED that Petitioner's petition for a writ of habeas corpus is denied on the basis of the existing record, without the need for a further evidentiary hearing; that a Certificate of Appealability shall not issue; that pursuant to 28 U.S.C. § 1915(a) any appeal from the Court's Opinion and Order would not be taken in good faith; that *in forma pauperis* relief is denied for the purpose of any appeal; and that judgment is hereby entered in favor of Respondent.

Dated: Brooklyn, New York                              Douglas C. Palmer
       September 08, 2017                              Clerk of Court

                                                 by:   */s/ Janet Hamilton*
                                                       Deputy Clerk