UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

IRINA SHELIKHOVA,

\-against-   NOTICE OF APPEAL

UNITED STATES OF AMERICA,   10-CR-771 (NG)
(16-cv-6861 (NG))

Defendant,

Notice is hereby given that the Defendant, IRINA SHELIKHOVA hereby appeals to the United States Court of Appeals for the Second Circuit from the OPINION AND ORDER of The Honorable Nina Gershon, United States District Judge, denying her Motion to Vacate under 28 U.S.C. § 2255 (#16-cv-6861) entered in this action on the 7th day of September 2017.

_____
ALBERT Y. DAYAN, ESQ. (AYD-5222)
Attorney for the Defendant
IRINA SHELIKHOVA
80-02 Kew Gardens Rd., Ste. 902
Kew Gardens, New York 11415
(718) 268-9400

Date: October 27, 2017